Date: 10/30/2009

# VOUCHER FOR CLERK OF COURT FOR TURNOVER CLAIMS IN CLOSED CASES

Case # : 04-32977

Debtors: EVERETTE LAMAR WILLIAMS       EFFIE GAIL WILLIAMS
886 MORGAN SELLERS RD                  886 MORGAN SELLERS RD
WADESBORO, NC  28170                   WADESBORO, NC  28170

Account Number: 7822

Creditor Information: SOUTHWEST STUDENT SERVICES  PO BOX 41150  MESA  AZ  85274

Amount of Turnover: $2,088.65        94-Dsb Ck-Crdtr Prin
Amount of Turnover: $783.58          95-Dsb Ck-Crdtr Int

**Total Turnover Amount: $2,872.23**