Date: 10/30/2009

# VOUCHER FOR CLERK OF COURT FOR TURNOVER CLAIMS IN CLOSED CASES

Case # : 04-33074

Debtors: TIFFANY MARIE DUNLAP
3001 ALICE FLAGG LANE
APT 203
INDIAN TRAIL, NC 28079

Account Number: 01CP13234

Creditor Information: DONNA, DEANNA & ROBERT HOUGH  C/O BIRD LAW FIRM  COLUMBIA  SC 29211

Amount of Turnover: $1,341.37              94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $1,341.37**